LARRY D. COMPTON
CHAPTER 13 TRUSTEE
400 D Street, Suite 210
Anchorage, AK  99501
Telephone (907) 276-6660
FAX      (907) 258-3348

**FILED**
NOV 1 8 2010
CLERK
U.S. BANKRUPTCY COURT
By _____
      DEPUTY CLERK

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:                                                  )
                                                        )
MELLISSA A. ALLEX,                                      )    Case no.  A 07-00029 DMD
                                                        )    Chapter 13
                                                        )
                                                        )
            Debtor(s),                                  )
_____                    )

### REPORT OF UNCLAIMED MONIES

**TO THE HONORABLE DONALD MacDONALD IV, Bankruptcy Judge:**

**Comes now, Larry D. Compton, Chapter 13 Trustee, and respectfully represents:**

1. Having received money from the above captioned estate, and that on June 30, 2010 payment of dividend was made in the amount of $17.57.

2. Said check has not cleared the bank, and is now stale-dated.

THEREFORE, pursuant to Title 11, U.S.C. 347 (a), a negotiable instrument in the amount of $17.57 made payable to the "Clerk of the Court", for the unclaimed funds in the above-referenced estate is made for payment into the Registry of the Court.  The name and address, so far as known, of the person entitled to a portion of said funds and the amount of their dividend is as follows:

| **Creditor** | **Claim #** | **Amount** |
|---|---|---|
| Providence AK Medical Center<br>3200 Providence Dr<br>Anchorage, AK 99508-4661 | 2 | $17.57 |

Dated this 18 day of November 2010.

_____
Larry D. Compton
Chapter 13 Trustee

21414
17.57